# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

HESHAM MAGDI AHMED SALAH EL DEAN,

Plaintiff,

v.

LANGE, KIM & DOWELL, LLP, *et al*.,

Defendants.

</td><td>

Case No. 25-cv-2634 (JMC)

</td></tr>
</table>

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED**

that Defendants' motion to dismiss, ECF 5, is **GRANTED**, and this case is **DISMISSED**.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: January 22, 2026